

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-16-00717-CR

Jon Erik **TORRES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR10505
Honorable Ron Rangel, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED January 24, 2018.

_____
Irene Rios, Justice